Certificate Number: 05781-MIE-DE-041532898

Bankruptcy Case Number: 26-50648

05781-MIE-DE-041532898

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2026, at 9:58 o'clock AM PDT, John Smiley Jr. completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: October 7, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President